IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**PHYLLIS DONLEY, on behalf of**
herself and all others similarly situated                                                                 PLAINTIFFS

v.                           Case No. 3:24-cv-00020 KGB

**SOUTHERN FARM BUREAU**
**CASUALTY INSURANCE COMPANY**                                                                    DEFENDANT

## ORDER

Before the Court is the parties' joint motion for extension of scheduling order deadlines (Dkt. No. 27). The parties state that they have a scheduled mediation in this case on September 6, 2024 (*Id.*, ¶ 1). The parties seek an extension of deadlines to avoid potentially unnecessary time and expense producing expert reports and briefing to focus on a potential resolution of the case (*Id.*, ¶¶ 2-3). For good cause shown, the Court grants the parties' joint motion for extension of scheduling order deadlines (Dkt. No. 27). The Court extends the time for filing case-in-chief expert disclosures, including reports, to, and including, November 20, 2024. The Court extends the time for filing rebuttal expert disclosures, including reports, to, and including, December 21, 2024. The Court extends the time for filing motions for class certification to, and including, January 15, 2025.

So ordered this the 9th day of August, 2024.

Kristine G. Baker
Chief United States District Judge