IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**PHYLLIS DONLEY, on behalf of**
**herself and all others similarly situated**                                                                   **PLAINTIFFS**

v.                                Case No. 3:24-cv-00020 KGB

**SOUTHERN FARM BUREAU**
**CASUALTY INSURANCE COMPANY**                                                              **DEFENDANT**

<u>**ORDER**</u>

Before the Court are the motions for leave to file materials under seal of plaintiffs Phyllis Donley and Donald Donley (Dkt. Nos. 22; 26).  Plaintiffs state that, pursuant to the stipulated confidentiality order filed on March 25, 2024, they request leave to file provisionally under seal their memorandum of law in support of their motion to remand and its accompanying exhibit and their reply in support of their motion to remand and its exhibits because the memorandum references and reply discusses information that defendant Southern Farm Bureau Casualty Insurance Company has designated as "Confidential," as well as material that third parties Mitchell International, Inc. and J.D. Power and Associates have designated as "Confidential" or "Highly Confidential–Outside Counsel's Eyes Only." (Dkt. Nos. 22, at 1; 26, at 1).  Plaintiffs state that they take no position on whether these documents satisfy the applicable standard for remaining under seal and are filing the documents under seal out of respect for the designations of defendant and the third parties and to comply with the Protective Order (*Id*.).  For good cause shown, the Court grants the plaintiffs' motions for leave to file materials under seal (Dkt. Nos. 22; 26). Plaintiffs shall file under seal their memorandum of law in support of plaintiffs' motion to remand and its accompanying exhibit and their reply in support of their motion to remand and its accompanying exhibits within 14 days from the entry of this Order.

So ordered this 9th day of August, 2024.

                                                Kristine G. Baker
                                                Chief United States District Judge